## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-03008-CMA-SKC

Meggs, et al.

        Plaintiffs,

vs.

Ong Investments, Inc. et al.,

        Defendants.

_____/

## NOTICE OF SETTLEMENT

The Plaintiffs, with consent of the Defendant, Ong Investments, Inc., by and through undersigned counsel hereby inform this Court that the parties have settled the above-captioned matter in principle. Counsel for the respective parties are currently in the process of crafting a settlement agreement and expect to file a stipulated dismissal within the next sixty days. In light of this Notice, the Parties request that the Court moot all pending deadlines.

Respectfully submitted this 11th day of January 2023,

                                                                             *s/ Jon G. Shadinger Jr.*
                                                                             Jon G. Shadinger Jr., Esq.
                                                                             Shadinger Law, LLC
                                                                             717 E. Elmer Street, Suite 7
                                                                             Vineland, NJ 08360
                                                                              Direct (609) 319-5399
                                                                               Office (609) 236-3211
                                                                                Fax (609) 900-2760
                                                                               js@shadingerlaw.com
                                                                              *Attorney for Plaintiffs*

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 11th day of January 2023, I electronically filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Jon G. Shadinger Jr.*
Jon G. Shadinger Jr., Esq.
