# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-03008-CMA-STV

Meggs, et al.,

        Plaintiffs,

  vs.

Ong Investments, Inc. et al.,

        Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between the Plaintiffs, John Meggs and Access 4 All, Inc., and the remaining Defendant, Ong Investments, Inc., pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties.

Respectfully submitted this 12th day of May 2023,

| | |
|---|---|
| */s/ Jon G. Shadinger Jr.* | */s/ Alice Conway Powers* |
| Jon G. Shadinger Jr., Esq. | Alice Conway Powers, Esq. |
| Shadinger Law, LLC | Lewis Bribois |
| 717 E. Elmer St., Suite 7 | 1700 Lincoln Street, Suite 4000 |
| Vineland, NJ 08360 | Denver, CO 80203 |
| Direct (609) 319-5399 | Phone (720) 292-2028 |
| Office (609) 691-8565 | Fax (303) 861-7767 |
| Fax (609) 262-4651 | alice.powers@lewisbribois.com |
| js@shadingerlaw.com | *Attorney for Defendant,* |
| *Attorney for Plaintiffs,* | *Ong Investments, Inc.* |
| *John Meggs & Access 4 All, Inc.* | |